UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YORDALIZA TAVERAS,

                       Plaintiff,                 23 Civ. 3466 (LGS)

         -against-                            ORDER

C&S HOLMES, INC.,

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued April 27, 2023, set an initial pretrial conference in this case for June 7, 2023, and directed the parties to submit a joint letter and proposed case management plan seven days prior to the conference. Defendants have not yet appeared in this case.

      WHEREAS, the parties have not filed the joint letter and proposed case management plan. It is hereby

      **ORDERED** that the initial pretrial conference is **ADJOURNED** to **June 14, 2023**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

      **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **June 6, 2023**. If Plaintiff is not in communication with Defendants, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service on ECF, by **June 6, 2023**. Plaintiff shall file a status letter by **June 6, 2023**, requesting further adjournment of the initial conference for up to thirty (30) days and describing her efforts to provide actual notice of this lawsuit to Defendant.

Dated: June 1, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE